IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA

v.  Criminal Action No. 3:11-CR-160-JAG

ANTHONY MONFORTE,

Defendant.

## ORDER

This matter is before the Court for consideration of a report and recommendation by the Magistrate Judge regarding the Magistrate Judge's acceptance of Anthony Monforte's plea of guilty to specified charges in the pending matter pursuant to a Federal Rule of Criminal Procedure 11 proceeding conducted by the Magistrate Judge with the consent of Mr. Monforte and counsel. It appearing that the Magistrate Judge made full inquiry and findings pursuant to Rule 11; that Mr. Monforte was given notice of the right to file specific objections to the report and recommendation that has been submitted as a result of the proceeding; and it further appearing that no objection has been asserted within the prescribed time period, it is hereby ORDERED that the report and recommendation of the Magistrate Judge is ADOPTED. Mr. Monforte is found guilty of Counts One and Two of the Criminal Information

It is so ORDERED.

/s/
John A. Gibney, Jr.
United States District Judge

Date: July 25, 2011
Richmond, VA